IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**Shirley Ann Knox**                                                                                    **Plaintiff**

v.                                    No. 4:14-CV–034-JM

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                     **Defendant**

## ORDER ACCEPTING RECOMMENDED DISPOSITION

After reviewing this case de novo, the court OVERRULES the objections to the magistrate judge's recommended disposition, ACCEPTS the recommended disposition, and DENIES Shirley Ann Knox's request for relief (docket entry # 1). The court will enter judgment affirming the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

So ordered this 24th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE